920

No. 607.  STANOLIND OIL & GAS CO. *v.* WEST EDMOND HUNTON LIME UNIT. C. A. 10th Cir. Certiorari denied. *W. W. Heard* for petitioner. *T. Murray Robinson* for respondent.

No. 620.  BROWN & BIGELOW *v.* B. B. PEN CO. C. A. 8th Cir. Certiorari denied. *Lawrence C. Kingsland, Edmund C. Rogers* and *Estill E. Ezell* for petitioner. *Lewis E. Lyon* for respondent.

No. 622.  PRESTON *v.* CONTINENTAL OIL CO., INC. C. A. 10th Cir. Certiorari denied. *Kenneth C. West, Hugh Lynch, Jr.* and *O. B. Martin* for petitioner. *R. O. Wilson* and *D. A. Richardson* for respondent.

No. 567.  DELAWARE & HUDSON CO. ET AL. *v.* BOSTON RAILROAD HOLDING CO. ET AL.; and

No. 593.  MAGENIS ET AL. *v.* BOSTON RAILROAD HOLDING CO. ET AL. Supreme Judicial Court of Massachusetts. The motion for leave to file brief of Dayton P. Haigney and associates as *amici curiae* or to obtain consideration of a brief as Co-Parties Petitioner is denied. Certiorari denied. *Hugh D. McLellan* for the Delaware & Hudson Co., petitioner in No. 567. *William T. Griffin* and *Henry Cohen* for petitioners in No. 593. *John L. Hall* and *Richard Wait* for the New York, New Haven & Hartford Railroad Co., respondent. Reported below: No. 567, 328 Mass. 63, 102 N. E. 2d 67.

No. 588.  RICHARDSON *v.* BRITTON, DEPUTY COMMISSIONER, DISTRICT OF COLUMBIA COMPENSATION DISTRICT, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Richard L.*